**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| ROLLIE MONTEZ MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:12-cv-541-TWP-DML |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

For the reasons detailed in the accompanying Order, the Court now enters FINAL

JUDGMENT. Judgment is entered for the United States of America and against the plaintiff.

Date: 05/22/2014

Laura Briggs, Clerk of Court

By: _____
      Deputy Clerk

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Electronically Registered Counsel

Rollie Montez Mitchell
08818-028
Hazelton USP
Inmate Mail/Parcels
P.O. Box 2000
Bruceton Mills, WV 26525